RICHARD LAKATOS v. HAWKEYE ENTERPRISES, INC., ETC.

October 6, 1986.

Petition for certification denied.

HENRY D'ANDREA AND ANGELA D'ANDREA v. JOHN GUGLIETTA AND PATRICIA GUGLIETTA.

October 6, 1986.

Petition for certification denied.

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE v. MERRITT, INC., T/A MERRITT SALES BRICKS.

October 6, 1986.

Petition for certification granted.

ROY A. YANVARY v. CITY OF PERTH AMBOY.

October 6, 1986.

Motion for reconsideration is granted; and it is further

ORDERED that the petition for certification of defendants is granted.